CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 05 2011

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| GARY DEAN BOONE, | CASE NO. 7:11CV00204 |
| Petitioner, | |
| | FINAL ORDER |
| vs. | |
| WARDEN, USP LEE COUNTY, | By: Samuel G. Wilson |
| | United States District Judge |
| Respondent. | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

as follows:

1. The Warden of the United States Penitentiary Lee County is **SUBSTITUTED** as respondent in this action, and the clerk will terminate all other respondents;

2. The petitioner's motions to amend and to supplement the record (ECF 31 and 33) are **GRANTED**;

3. As amended, the habeas corpus petition pursuant to 28 U.S.C. § 2241 is **DISMISSED** for lack of jurisdiction, and

4. This action is stricken from the active docket of the court.

ENTER: This 4th day of May, 2011.

_____
United States District Judge